(March 10, 1959)

■ CARMEL SICARD, Appellant, v. MOSES LEWIN et al., Defendants. JERROLDE L. MAY, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ 254 FIFTH AVENUE CORPORATION, Respondent, v. ABE KASSIN et al., Individually and as Copartners Doing Business as KASSIN BROS., et al., Appellants.— Order unanimously modified so as to grant the motion to dismiss the complaint unconditionally, with leave however to plaintiff to move to vacate the dismissal upon proper papers containing a sufficient affidavit of merits; and, as so modified, the said order is affirmed, with $20 costs and disbursements to the appellants. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ AMILCAR GARRASTAZU, Appellant, v. UNITED STATES LINES COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. Apart from the delay, there was no showing of a cause of action in the affidavit of merits (Rist v. 234 East 33rd Corp., 4 A D 2d 867; Fischetti v. 242 East 19th St. Corp., 4 A D 2d 867). Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Construction of the Will of SAM ROSENZWEIG, Deceased. ARANKA ROSENZWEIG, as Executrix of SAM ROSENZWEIG, Deceased, et al., Appellants; EMANUEL ROSENZWEIG, Respondent.— Decree unanimously affirmed, with costs to all parties appearing and filing briefs, payable out of the estate. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [4 Misc 2d 142.]

■ IVORY J. HUNTER, Respondent-Appellant, v. ST. LOUIS MUSIC CORPORATION, Appellant-Respondent.— Judgment so far as appealed from affirmed, with costs to the plaintiff-respondent-appellant. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ SEARS, ROEBUCK AND CO., Appellant, v. SAM CHARNO et al., Doing Business under the Name of CHARM UNDERGARMENT Co., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ ARLENE DAHL, Appellant, v. COLUMBIA PICTURES CORPORATION, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [12 Misc 2d 574.]

■ THE PEOPLE OF THE STATE. OF NEW YORK, Respondent, v. MORRIS JACCOI, Appellant, et al., Defendant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.